HAWKINS, Presiding Judge.

Appellant was charged with driving a motor vehicle on a public highway in Smith County while he was intoxicated.

He waived a jury and entered a plea of guilty before the court and was fined $50. He perfected an appeal to this court. The record is here without statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

It appears from the transcript that the Honorable Joe Burkett was elected Special Judge of the Criminal District Court at a called meeting of the Bar; that he took the oath as such and assumed such duties.

The indictment appears regular, and no objection is found relative to the charge which seems to correctly state the law.

The judgment will be affirmed.

## HUBLER v. STATE.
### No. 24666.

Court of Criminal Appeals of Texas.

Feb. 15, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of a nighttime burglary and by the jury assessed a term of two years in the state penitentiary, and he appeals.

There is no statement of facts nor bills of exception in the record.

## BILLINGER v. STATE.
### No. 24638.

Court of Criminal Appeals of Texas.

Feb. 15, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was charged with possessing for the purpose of sale wine and beer in Collin County, Texas, a dry area.

Appellant waived a jury and entered a plea of guilty before the Judge of the County Court, who found him guilty and assessed a fine of $100. From such conviction appellant perfected an appeal to